UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :
                            :    Crim. No. 09-083 (DMC)
                            :
        v.                  :
                            :    ORDER PERMITTING RETURN
                            :    OF DEFENDANT'S PASSPORT
PHILIP MCKENNA,             :
        Defendant.          :

AND NOW, this 16 day of September, 2010, upon the application of the defendant, Philip McKenna, for an order permitting the return of his passport, and with the consent of the government, as per Lorraine Gerson, Assistant United States Attorney, it is hereby ORDERED that this application be GRANTED. It is further ORDERED that this passport be returned to him by Pre-Trial Services.

_____
Dennis M. Cavanaugh
United States District Court Judge