PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Philip McKenna        Cr.: 2:09 CR 083-1
                                        PACTS #: 53694

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh, United States District Court Judge

Date of Original Sentence: August 17, 2010

Original Offense: Conspiracy to Commit Mail Fraud.

Original Sentence: 36 months probation.

Type of Supervision: Probation.        Date Supervision Commenced: August 17, 2010.

## STATUS REPORT

U.S. Probation Officer Action:

On August 17, 2010, the offender was sentenced by Your Honor to three years probation. The following special conditions were imposed: employment restrictions, no new debt/credit, and location monitoring for three months. He was also ordered to pay a $100 special assessment and $400,000.00 restitution.

Mr. McKenna currently resides in Rahway, NJ. He has been employed since his release and is currently employed with JF Hillebrand USA, Inc. We believe that Mr. McKenna has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $32,302.86 towards his restitution obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. McKenna's term of supervision to expire as scheduled on August 16, 2013.

Respectfully submitted,

By: Michael A. McLean
Supervising U.S. Probation Officer
Date: July 19, 2013

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✓] Concur with the recommendation of the U.S. Probation Office. Case to expire on August 16, 2013.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

7/23/3
Date